STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Sun Keung Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    Vs.<br><br>SUN KEUNG LEE,<br><br>    Defendant. | No. CR-10-00186-MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING BRIEFING<br>SCHEDULE AND HEARING DATE |

    Defendant Sung Keung Lee, by and through his, Steven F. Gruel, hereby respectfully requests that the briefing schedule and hearing date scheduled on September 27, 2010 regarding the government's motion to disqualify defense counsel be modified with the Court's permission.

    Specifically, the defense respectfully requests, and the government does not object, that the new briefing dates and hearing date be as follows:

        a)  defense opposition to the government's motion to be filed on November 8, 2010;

*STIPULATION AND [PROPOSED] ORDER*

- 1

      b) the government's reply to be filed on November 15, 2010; and

      c) the government's motion to be heard on November 29, 2010 at 11:00 a.m.

Defense counsel is one of six attorneys involved in a six defendant appeal pending before the Ninth Circuit (*United States v. Pellicano*, CR-05-1046-DSF, Central District of California, Los Angeles; No. 08-5070, et al). On September 22, 2010, all defense counsel in that appeal submitted a joint brief consisting of 39,559 words. On October 7, 2010, the Ninth Circuit ordered that this joint brief be reduced to 30,000 words and be resubmitted on October 28, 2010. Also, the Ninth Circuit ordered that all individual briefs for each appellant be filed on October 27, 2010.

Therefore, the modification of the previous dates is requested in light of the new appellate dates which were not known at the time of the Court's last appearance. The demands on defense counsel's time will be primarily on adhering to the Ninth Circuit's new schedule. Further, the additional time is requested to adequately and fully respond to the government's pending motion and supporting declaration.

The government does not oppose and stipulates to this request for modification of the briefing schedule and hearing date. Defense counsel has communicated this matter with this Court's clerk and was informed November 29, 2010 at 11:00 a.m. is available for the Court.

There is no Speedy Trial concern in that the government's filed motion has completely tolled the running of the speedy trial clock.

//

//

*STIPULATION AND [PROPOSED] ORDER*

- 2

SO STIPULATED:

DATED: 10/14/10       __/s/ __ _____
                      STEVEN F. GRUEL, Esquire
                      Attorney for Sun Kueng Lee

DATED:  10/14/10
                      __/s/_____
                      ANDREW CAPUTO
                      Assistant United States Attorney

[<s>PROPOSED</s>] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the Court hereby vacates the November 15, 2010 hearing date and prior briefing schedule; the new dates are as follows:

    a) Defense opposition to the government's motion to be filed on November 8, 2010;

    b) Government's reply to be filed on November 15, 2010; and

    c) Motion to be heard on November 29, 2010 at 11:00 a.m.

    d)

IT IS SO ORDERED.

DATED:  10/18/2010        _____
                          HONORABLE MARILYN H. PATEL
                          United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*STIPULATION AND [PROPOSED] ORDER*

- 3