MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7249
Fax: (415) 436-7234
E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0186-MHP |
| Plaintiff, ) | |
| ) | STIPULATED PROTECTIVE ORDER |
| v. ) | |
| SUN KEUNG LEE, ) | |
| Defendant. ) | |

STIPULATION

The parties, through their undersigned counsel, stipulate that the Court may issue the Protective Order set forth below.

DATED: 2/25/2011

MELINDA HAAG
United States Attorney

ANDREW M. SCOBLE
Assistant United States Attorney

//

STIPULATED PROTECTIVE ORDER
[CR 10-0186-MHP]

DATED: 2/28/11

PAUL H. NATHAN
Counsel for defendant Sun Keung Lee

PROTECTIVE ORDER

IT IS ORDERED THAT:

1. The government shall disclose to defense counsel Paul H. Nathan the ICE Reports of Investigation, redacted to remove personal identifying information, and that the contents of such produced material shall not be disclosed in any form, to any person, by defense counsel; nor shall the materials be copied. The materials are for "defense counsel's eyes only," and shall not be shown to his client.

2. This Protective Order applies to all attorneys associated with the instant case, regardless of his/her involvement in the case. This Order applies whether or not the attorney is a signatory of the Stipulation set forth above. This Order shall be binding on all subsequent attorneys in this case.

IT IS SO ORDERED.

DATED: 3/3/2011

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATED PROTECTIVE ORDER
[CR 10-0186-MHP]                    2