MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M.. SCOBLE (CABN 124940)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7249
Fax: (415) 436-7234
Email: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUN KEUNG LEE,<br>Defendant. | No. CR 05-0123 MHP<br>CR 10-0186 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

With the agreement of the parties, and with the consent of defendant Sun Keung Lee, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 14, 2011, to May 16, 2011. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. His counsel required time to review additional discovery ( some 2400 pages of pen register data) that was produced on March 14, as well as to review more thoroughly certain redacted ICE reports that had been produced earlier. Accordingly, failure to grant the requested continuance would have unreasonably denied defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Further, new government counsel

has recently come into the case, and is still in the process of reviewing the files and learning the case; similarly, failure to grant the requested continuance would have unreasonably denied government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 14, 2011, to May 16, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on March 14, 2011, the Court ordered that the period from March 14, 2011, to May 16, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: ~~March~~ April 6, 2011

PAUL H. NATHAN
Attorney for Defendant

DATED: ~~March~~ April 8, 2011

ANDREW M. SCOBLE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/11/2011

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

HON. M[...]
United S[...]