1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW M.. SCOBLE (CABN 124940)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7249
7      Fax:  (415) 436-7234
       Email: andrew.scoble@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )   No. CR 05-0123 MHP
                                   )       CR 10-0186 MHP
14         Plaintiff,              )
                                   )   [PROPOSED] ORDER EXCLUDING
15      v.                         )   TIME FROM SPEEDY TRIAL ACT
                                   )   CALCULATION (18 U.S.C. §
16 SUN KEUNG LEE,                  )   3161(h)(7)(A))
                                   )
17         Defendant.              )
                                   )
18

19      These related cases came on for hearing before the Court on May 16, 2011.  Defendant

20 Sun Keung Lee appeared in custody with his attorney, Paul Nathan.  The government appeared

21 through Assistant United States Attorney Andrew M. Scoble.  The parties represented to the

22 Court that the defense has continued reviewing supplemental discovery provided at request of

23 defense counsel, and that the parties have been engaged in active plea negotiations but have not

24 yet reached a resolution.  The parties jointly requested that they be allowed sufficient time to

25 continue plea negotiations, with an exclusion of the otherwise applicable Speedy Trial Act

26 calculation.  The Court notified the parties that these related cases would be reassigned to a

27 different district court, and set the next appearance for the parties on June 20, 2011 (subject to

28 change by the new district judge).  At the parties' request, the Court excluded time through and

PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-MHP/CR 10-0186 MHP]

1  including June 20, 2011 to allow the parties time to complete plea negotiations (which takes into
2  account the need to arrange for a Cantonese interpreter and to coordinate one or more visits by
3  defense counsel to the defendant's detention facility).  The defendant agreed on the record to the
4  exclusion of time through and including June 20, 2011.
5       Accordingly, with the agreement of the parties, and with the express consent of defendant
6  Sun Keung Lee in open court, THE COURT FINDS THAT the ends of justice served by granting
7  a continuance from May 16, 2011 through and including June 20, 2011 outweigh the best
8  interests of the public and the defendant in a speedy trial, because failure to do so would
9  unreasonably deny counsel for the defendant and counsel for the government the reasonable time
10 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
11 § 3161(h)(7)(A) & (B)(iv).
12      THE COURT THEREFORE ORDERS THAT the period from May 16, 2011 through
13 and including June 20, 2011 is excluded from the otherwise applicable Speedy Trial Act
14 computation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
15      IT IS SO ORDERED.

17 DATED:   May 17, 2011

18                                    _____
                                      HON. M
19                                    United S

IT IS SO ORDERED
Judge Marilyn H. Patel

PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-MHP/CR 10-0186 MHP]        2