MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M.. SCOBLE (CABN 124940)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7249
   Fax:  (415) 436-7234
   Email: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0123 EMC |
|---|---|---|
|     Plaintiff, | ) | CR 10-0186 EMC |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| SUN KEUNG LEE, | ) | |
|     Defendant. | ) | |

    Following their reassignment to this Court, these related cases came on for hearing on June 14, 2011. Defendant Sun Keung Lee appeared in custody with his attorney, Paul Nathan. The government appeared through Assistant United States Attorney Andrew M. Scoble. The parties represented to the Court that they have reached a resolution of both cases, and they requested that they be allowed sufficient time to reduce the agreement to writing, with an exclusion of the otherwise applicable Speedy Trial Act calculation. At the parties' request, the Court set the two cases over for change of plea on June 22, 2011 and excluded time through and including June 22, 2011 to allow the parties time to reduce the agreement to writing (which takes into account the need to arrange for a Cantonese interpreter and to coordinate one or more visits by defense counsel to the defendant's detention facility). The defendant agreed on the record to

PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-EMC/CR 10-0186 EMC]

1  the exclusion of time through and including June 22, 2011.

2  Accordingly, with the agreement of the parties, and with the express consent of defendant
3  Sun Keung Lee in open court, THE COURT FINDS THAT the ends of justice served by granting
4  a continuance from June 14, 2011 through and including June 22, 2011 outweigh the best
5  interests of the public and the defendant in a speedy trial, because failure to do so would
6  unreasonably deny counsel for the defendant and counsel for the government the reasonable time
7  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
8  § 3161(h)(7)(A) & (B)(iv).

9  THE COURT THEREFORE ORDERS THAT the period from June 14, 2011 through
10 and including June 22, 2011 is excluded from the otherwise applicable Speedy Trial Act
11 computation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

12 IT IS SO ORDERED.

14 DATED: 6/20/11

_____
HON. EDWARD M. CHEN
United States



IT IS SO ORDERED

Judge Edward M. Chen

PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-EMC/CR 10-0186 EMC]        2